**Order filed September 16, 2021**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00434-CV
_____

**GIOVANNY LAGUAN, Appellant**

**V.**

**FORT BEND COUNTY, FORT BEND COUNTY EMERGENCY SERVICE DISTRICT #7, FORT BEND COUNTY GENERAL FUND, FORT BEND COUNTY DRAINAGE DISTRICT, FORT BEND COUNTY FRESH WATER SUPPLY DISTRICT #01, FORT BEND INDEPENDENT SCHOOL DISTRICT, AND MINNIE ROBINSON THOMPSON, Appellees**

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-248912**

---

# O R D E R

The notice of appeal in this case was filed August 2, 2021. The clerk responsible for preparing the record notified this court that appellant had not made payment for the clerk's record. No evidence that appellant has established indigence

has been filed. *See* Tex. R. Civ. P. 145.  On August 12, 2021, this court notified appellant that the appeal was subject to dismissal unless he filed a response with proof of payment for the clerk's record. No response was filed.  In a similar vein, appellant has not paid the filing fee of $205.00, and he was notified that he had not paid the filing fee on August 17, 2021.  No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that he has made arrangements to pay for the clerk's record on or before October 1, 2021. *See* Tex. R. App. P. 35.3(c).  Appellant is further ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before October 1, 2021.  Failure to fulfill either of these requirements will result in dismissal of this appeal. *See* Tex. R. App. P. 5, 37.3(b).

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.